IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED
2016 JUN -6 PM 2: 11

DEPUTY CLERK_____

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | NO. |
| MATTHEW D. RING | 3-16CR-0239L |

INFORMATION

The United States Attorney charges:

Count One
Damaging Property of a Reproductive Health Services Facility
(Violation of 18 U.S.C. § 248(a)(3) and (b)(1))

On or about August 29, 2015, in the Dallas Division of the Northern District of Texas, the defendant, **Matthew D. Ring**, did intentionally damage and destroy, and attempt to damage and destroy, the property of a facility because such facility provides reproductive health services, to wit: by smashing a window at Planned Parenthood, a reproductive health services facility, as defined by 18 U.S.C. § 248(e), located at 5290 Beltline Road #134, Addison, Texas 75001 to delay and stop its client services.

In violation of 18 U.S.C. § 248(a)(3) and (b)(1).

Information - Page 1

JOHN R. PARKER
UNITED STATES ATTORNEY

/s/ Lisa J. Dunn

LISA J. DUNN
Assistant United States Attorney
Oklahoma State Bar No. 16795
1100 Commerce Street, Third Floor
Dallas, Texas 75242-1699
Telephone: 214.659.8600
Facsimile: 214.659.8809
Lisa.Miller@usdoj.gov